THE GREAT WESTERN TELEGRAPH COMPANY

*v.*

RUDOLPH PFEIFFER, Exr.

*Filed at Ottawa April 3, 1897.*

This case is governed by the decision in the case of *Farwell* v. *Great Western Telegraph Co.* 161 Ill. 522.

*Great Western Telegraph Co.* v. *Barker*, 56 Ill. App. 402, affirmed.

WRIT OF ERROR to the Appellate Court for the Second District;—heard in that court on writ of error to the Circuit Court of Peoria county; the Hon. T. M. SHAW, Judge, presiding.

THOMAS J. SUTHERLAND, and ISRAEL C. PINKNEY, for plaintiff in error.

STEVENS, HORTON & ABBOTT, for defendant in error.

Per CURIAM:   This was a suit brought by plaintiff in error, against Gardner T. Barker, since deceased, to recover an assessment made on a subscription by Barker to the capital stock of the appellant company.   While the cause was pending in this court on appeal from a judgment of the Appellate Court affirming the judgment of the court below in favor of the defendant, the final decision was rendered by this court in the case of *Farwell* v. *Great Western Telegraph Co.* 161 Ill. 522, which decision disposed also of all questions involved in this case.   The judgment of the Appellate Court will therefore, in view of the decision of the *Farwell case,* be affirmed.

*Judgment affirmed.*